UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
　§
Halla Karaman § Case No. 14-01797
　§
　　　　Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

9:30 a.m. on February 26, 2015
in Courtroom 680, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　By: _____Kenneth S. Gardner_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Halla Karaman § Case No. 14-01797
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 7,089.48 |
| and approved disbursements of | $ | 20.53 |
| leaving a balance on hand of[1] | $ | 7,068.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,458.95 | $ 0.00 | $ 1,458.95 |
| Trustee Expenses: STEVEN R. RADTKE | $ 7.64 | $ 0.00 | $ 7.64 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,466.59 |
| Remaining Balance | | $ | 5,602.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,053.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 118.25 | $ 0.00 | $ 9.59 |
| 2 | Discover Bank | $ 1,630.02 | $ 0.00 | $ 132.25 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,124.17 | $ 0.00 | $ 91.21 |
| 4 | Quantum3 Group Llc As Agent For | $ 191.73 | $ 0.00 | $ 15.56 |
| 5 | U. S. Department Of Education | $ 43,611.70 | $ 0.00 | $ 3,538.27 |
| 6 | Matthew Haddad | $ 19,357.84 | $ 0.00 | $ 1,570.52 |
| 7 | Benedictine University | $ 695.98 | $ 0.00 | $ 56.47 |
| 8 | N. A. Capital One Bank (Usa) | $ 755.10 | $ 0.00 | $ 61.26 |
| 9 | Capital Recovery V, Llc | $ 1,568.37 | $ 0.00 | $ 127.23 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,602.36 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Tardily filed general (unsecured) claims are as follows:

NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

　　　　　　　　　　　　　　　　Prepared By: /s/ Steven R. Radtke
　　　　　　　　　　　　　　　　　　　　　　Steven R. Radtke, Trustee


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-01797-JPC
Halla Karaman                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2            Date Rcvd: Jan 21, 2015
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2015.
```
db            +Halla Karaman,    3846 N. Pioneer,    Chicago, IL 60634-2048
21438778      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
22285412      +Benedictine University,    Business & Finance - Perkins Loan,    5700 College Road,
                Lisle, IL 60532-2851
21438779     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
22287119       Capital One Bank (USA), N.A.,    by American InfoSource LP as Agent,    PO Box 71083,
                Charlotte, NC 28272-1083
21438780       Cb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
21438781       Cb/Vicscrt,    Po Box 182128,    Columbus, OH 43218-2128
21438782      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21438784      +Cmpptnrs/Il Bened Coll,    Po Box 3176,    Winston Salem, NC 27102-3176
21438785      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
22280285      +Matthew Haddad,    Abrams & Abrams PC,    180 W Washington St # 910,    Chicago, IL 60602-2316
21438798      +Matthew Haddad,    c/o Cremer Spina Shaughnessy,    1 N. Franklin Street 10th Floor,
                Chicago, IL 60606-3598
21438799      +North Central College,    30 Brainard,    Naperville, IL 60540-4690
21438800      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
21438801      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21438802     #+The Fish Law Firm, P.C.,    Attn: Sam Smith,    55 South Main Street,    Naperville, IL 60540-5381

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21438776      +E-mail/Text: ally@ebn.phinsolutions.com Jan 22 2015 02:29:15     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
22190645       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2015 02:34:32
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
22482503       E-mail/PDF: rmscedi@recoverycorp.com Jan 22 2015 02:36:08     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21438786      +E-mail/Text: electronicbkydocs@nelnet.net Jan 22 2015 02:30:35     Dept Of Education/Neln,
                121 S 13th St,    Lincoln, NE 68508-1904
22194929       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2015 02:35:45     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21438796      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2015 02:35:45     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21438797       E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2015 02:36:05     Gecrb/Ashh,    C/O P.O. Box 965036,
                Orlando, FL 32896-5036
22216111       E-mail/Text: bnc-quantum@quantum3group.com Jan 22 2015 02:30:10
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
22244373      +E-mail/Text: electronicbkydocs@nelnet.net Jan 22 2015 02:30:35     U.S. Department of Education,
                C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21438777*     +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
21438783*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21438787*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438788*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438789*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438790*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438791*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438792*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438793*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438794*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
21438795*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
                                                                                    TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: gbeemster              Page 2 of 2                  Date Rcvd: Jan 21, 2015
                              Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2015 at the address(es) listed below:
              Kenneth C Swanson, Jr    on behalf of Debtor Halla   Karaman kc@chicagobankruptcyattorney.com,
               kc_swanson@hotmail.com;sanddcourtnotice@gmail.com
              Mark E Abrams     on behalf of Plaintiff Matthew   Haddad abramspc@aol.com
              Mehul D Desai     on behalf of Debtor Halla   Karaman md@chicagobankruptcyattorney.com,
               sanddcourtnotice@gmail.com
              Nicholas R Perino    on behalf of Defendant Halla   Karaman np@chicagobankruptcyattorney.com,
               sanddcourtnotice@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```