UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
Halla Karaman                               §    Case No. 14-01797
                                            §
                                            §
          Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bby/Cbna 50 Northwest Point Road Elk Grove Village, IL 60007 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cb/Express Po Box 330066 Northglenn, CO 80233-8066 | | | | | |
| | Cb/Vicscrt Po Box 182128 Columbus, OH 43218-2128 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Cmpptnrs/Il Bened Coll Po Box 3176 Winston Salem, NC 27102 | | | | | |
| | Credit First N A 6275 Eastland Rd Brookpark, OH 44142 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Ashh C/O P.O. Box 965036 Orlando, FL 32896-5036 | | | | | |
| | Matthew Haddad c/o Cremer Spina Shaughnessy 1 N. Franklin Street 10th Floor Chicago, IL 60606 | | | | | |
| | North Central College 30 Brainard Naperville, IL 60540 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Td Bank Usa/Targetcred Po Box 673 Minneapolis, MN 55440 | | | | | |
| | The Fish Law Firm, P.C. Attn: Sam Smith 55 South Main Street Naperville, IL 60540 | | | | | |
| 1 | American Infosource Lp As Agent For | | | | | |
| 7 | Benedictine University | | | | | |
| 9 | Capital Recovery V, Llc | | | | | |
| 2 | Discover Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Matthew Haddad | | | | | |
| 8 | N. A. Capital One Bank (Usa) | | | | | |
| 3 | Quantum3 Group Llc As Agent For | | | | | |
| 4 | Quantum3 Group Llc As Agent For | | | | | |
| 5 | U. S. Department Of Education | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-01797 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Halla Karaman | | | | Date Filed (f) or Converted (c): | 01/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/03/2014 |
| For Period Ending: | 04/07/2015 | | | | Claims Bar Date: | 10/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking | 380.00 | 612.40 | | 612.40 | FA |
| 2. Chase Savings | 8,025.00 | 4,405.08 | | 4,405.08 | FA |
| 3. Clothing | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. 401K | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Auto Lease: 2013 Jeep Patriot | 15,825.00 | 0.00 | | 0.00 | FA |
| 6. 2013 Tax Refunds (u) | Unknown | 2,072.00 | | 2,072.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $29,730.00         $7,089.48         $7,089.48         $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee made demand for turnover of non-exempt portions of debtor's bank account, checking account and tax refunds. (Demand for said funds was made and Trustee received $7,089.48 on or about 7/21/14. Asset Notice filed)

Initial Projected Date of Final Report (TFR): 01/31/2016          Current Projected Date of Final Report (TFR): 01/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-01797 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Halla Karaman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5596 |
| | Checking |
| Taxpayer ID No: XX-XXX2642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/14 | | Halla Karaman | Proceeds from bank accounts | | $7,089.48 | | $7,089.48 |
| | | | Gross Receipts $7,089.48 | | | | |
| | 1 | | Chase Checking $612.40 | 1129-000 | | | |
| | 2 | | Chase Savings $4,405.08 | 1129-000 | | | |
| | 6 | | 2013 Tax Refunds $2,072.00 | 1224-000 | | | |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,079.48 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.53 | $7,068.95 |
| 03/12/15 | 1005 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Distribution Reversal Neglected to unclick option for one check for Claims 3 and 4 filed by Quantum3 Group LLC as Agent for Comenity Bank; Voided Check 1005 and issued two separate check nos. 1011 and 1012 to same | | | ($106.77) | $7,175.72 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 8.11 % per court order. $91.21 | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 8.11 % per court order. $15.56 | 7100-000 | | | |
| 03/12/15 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,458.95 | $5,716.77 |
| | | | Page Subtotals: | | $7,089.48 | $1,372.71 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-01797 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Halla Karaman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5596 |
| | Checking |
| Taxpayer ID No: XX-XXX2642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $7.64 | $5,709.13 |
| 03/12/15 | 1003 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 8.11 % per court order. | 7100-000 | | $9.59 | $5,699.54 |
| 03/12/15 | 1004 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 8.11 % per court order. | 7100-000 | | $132.25 | $5,567.29 |
| 03/12/15 | 1005 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Distribution | | | $106.77 | $5,460.52 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 8.11 % per court order. ($91.21) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 8.11 % per court order. ($15.56) | 7100-000 | | | |
| 03/12/15 | 1006 | U. S. Department Of Education<br>U.S. Department Of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, Co 80014 | Final distribution to claim 5 representing a payment of 8.11 % per court order. | 7100-000 | | $3,538.27 | $1,922.25 |
| 03/12/15 | 1007 | Matthew Haddad<br>Abrams & Abrams Pc<br>180 W Washington St # 910<br>Chicago, Il 60602 | Final distribution to claim 6 representing a payment of 8.11 % per court order. | 7100-000 | | $1,570.52 | $351.73 |
| 03/12/15 | 1008 | Benedictine University<br>Business & Finance - Perkins Loan<br>5700 College Road<br>Lisle, Il 60532 | Final distribution to claim 7 representing a payment of 8.11 % per court order. | 7100-000 | | $56.47 | $295.26 |
| | | | Page Subtotals: | | $0.00 | $5,421.51 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-01797 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Halla Karaman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5596 |
| | Checking |
| Taxpayer ID No: XX-XXX2642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/15 | 1009 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 8 representing a payment of 8.11 % per court order. | 7100-000 | | $61.26 | $234.00 |
| 03/12/15 | 1010 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 8.11 % per court order. | 7100-000 | | $127.23 | $106.77 |
| 03/12/15 | 1011 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 8.11% per court order. | 7100-000 | | $91.21 | $15.56 |
| 03/12/15 | 1012 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 8.11% per court order. | 7100-000 | | $15.56 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,089.48 | $7,089.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,089.48 | $7,089.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,089.48 | $7,089.48 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Page Subtotals:    $0.00    $295.26

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5596 - Checking | $7,089.48 | $7,089.48 | $0.00 |
|  | $7,089.48 | $7,089.48 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,089.48 |
| Total Gross Receipts: | $7,089.48 |