UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Halla Karaman, | ) | Case No. 14 B 01797 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:  See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Documents #33)** previously filed on April 27, 2015 is withdrawn.   It is withdrawn because the document was filed in error on the wrong case.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

**CERTIFICATE OF SERVICE**

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on April 27, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on April 27, 2015.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Steven R. Radtke
sradtke@chillchillradtke.com

Mehul D. Desai
md@chicagobankruptcyattorney.com

Kenneth C. Swanson, Jr.
kc@chicagobankruptcyattorney.com

**Parties Served via First Class Mail:**

**Halla Karaman**
3846 North Pioneer
Chicago, IL   60634